JAMES A. DOWNS, BY NEXT FRIEND, PLAINTIFF, v. JANE WILLIAMS FORCE CURRAN ET AL., DEFENDANTS.

Argued May 4, 1927—Decided October 27, 1927.

**Negligence—Motor Vehicle Accident—All Questions Held to Have Been Pure Questions of Fact—Judgment for Defendant Sustained.**

On rule, &c.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and LLOYD.

For the defendant Lidie W. Oram, *Heine, Bradner & Laird.*

For the plaintiff, *Charles A. Rathbun.*

PER CURIAM.

This suit was brought to recover damages for personal injuries. The plaintiff, who was nearly four years old, on May 1st, 1924, while crossing Main street, in Wharton, New Jersey, was struck and injured by an automobile driven by Robert F. Oram. Robert F. Oram died leaving the defendants his devisees and legatees.

The trial resulted in a verdict for the defendants.

The plaintiff obtained a rule to show cause and writes down five reasons for a new trial. Our reading of the record and a consideration of the arguments of the respective counsel lead us to the conclusion that the points involved are pure questions of fact. We find no sufficient reason for disturbing the verdict of the jury.

The rule to show cause is therefore discharged.